UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT GATTIS,<br><br>    Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 15-03271-JEM<br><br>**JUDGMENT** |

  In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this case REMANDED for further proceedings in accordance with the Memorandum Opinion and Order and with law.


DATED: January 27, 2016           */s/ John E. McDermott*
                         JOHN E. MCDERMOTT
                    UNITED STATES MAGISTRATE JUDGE