1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Christopher Scott Gattis

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12 | CHRISTOPHER SCOTT GATTIS,         ) Case No.: 2:15-cv-03271-JEM
                                      )
13 |         Plaintiff,                ) ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
14 |    vs.                            ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
15 | CAROLYN W. COLVIN, Acting         ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,  ) U.S.C. § 1920
16 |                                   )
            Defendant                 )
17                                    )
   |_____    )
18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, Costs, and Expenses:

21      IT IS ORDERED that fees and expenses in the amount of $3,500.00 as

22 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23 DATE: March 21, 2016

24                         /s/ John E. McDermott
                           _____
25                         THE HONORABLE JOHN E MCDERMOTT
                           UNITED STATES MAGISTRATE JUDGE

26

-1-